# EXHIBIT A

Product - ABC Capital Miami

 



# IPP

*IPP / Income Producing Properties*

http://abccapitalmiami.com/en/product/[3/18/2021 3:12:24 PM]

Product - ABC Capital Miami

IPP are high performing properties in growing markets with great potential due to the high occupancy rate and demand for rentals, the increase in property prices and the low property taxes.

The ABC Capital team analyzes the potential of each property in detail. Once acquired and stabilized, we proceed to the complete remodeling and lease to then offer them to our clients.

In this way, each property is prepared, individually or in groups, as IPP.

The administration of the properties includes maintenance, sending income for rent and reports to our clients offering a comprehensive solution for foreign investors.



*We have designed a process that allows us to develop a high performance product.*

# A process that ensures your

Product - ABC Capital Miami

# peace of mind and continuity of return.

**1. SEARCH AND PURCHASE**

We do an extensive search and analysis to define the best available properties and acquire them with great benefits.

**2. REHABILITATION PROGRAM**

A detailed and full remodeling process, completed by professionals. This process includes: structural adjustments/improvements, electrical and plumbing systems, drywall, kitchen and more.

**3. LEASE PROGRAM**

Once the property is remodeled, we proceed to lease it, ensuring returns above 9% per year.

**4. PROPERTY ADMINISTRATION**

We take care of the administration including the following:
– Receive the rent
– Pay expenses
– Monitor repairs
– Send a monthly account statement

**5. PROPERTY SALE**

At this point, the property enters our system, is listed in our sales inventory and offered to investors as a stable option for their portfolio.

# IPP PROPERTIES

To date, more than 5,000 properties have been acquired, refurbished and sold. These are some examples of the IPP properties that we have recently sold. To find out the available inventory, contact our sales department.



### BALTIMORE / 1708 MONTEREY

| | Monthly | Annual |
|---|---|---|
| Closing Costs: | | $4,500 |
| Estimated Annual Return: | | $11,284 |
| Sale Price: | | $84,500 |
| Estimated Rent: | $1,200 | $14,400 |
| Property Management (10%): | $120 | $1,440 |
| Estimated Taxes: | $75 | $896 |
| Property Insurance: | $65 | $780 |
| **NOI:** | **$940** | **$11,284** |
| CAP: | | **12.7%** |

### PHILADELPHIA / 5713 HARMER

| | | |
|---|---|---|
| Closing Costs: | | $3,500 |

Product - ABC Capital Miami



| | Monthly | Annual |
|---|---|---|
| Estimated Annual Return: | | $9,938 |
| Sale Price: | | $90,000 |
| Estimated Rent: | $1,050 | $12,600 |
| Property Management (10%): | $105 | $1,260 |
| Estimated Taxes: | $52 | $622 |
| Property Insurance: | $65 | $780 |
| NOI: | $940 | $11,284 |
| CAP: | | 10.6% |

# Invest in IPP today

At ABC Capital we are ready to help you at every step.

**CONTACT US**

Home
Product
Market
Company

**Contact:**
contact@abccapitalmiami.com
(305) 395-7100

http://abccapitalmiami.com/en/product/[3/18/2021 3:12:24 PM]

Product - ABC Capital Miami



Contact

© 2019 ABC Capital Miami. All rights reserved.