# EXHIBIT B

HOME   HOW DOES IT WORK   CURRENT INVENTORY   ABOUT PHILADELPHIA   ABOUT ABC CAPITAL

# HOW DOES IT WORK

Home › How Does It Work

## PASSIVE INCOME FROM REAL ESTATE

ABC Capital RE, LTD offers a totally passive way to hold Real Estate. No physical or administrative involvement is required from our clients. By working with ABC, you retain legal control though your own entity or in your personal name but we handle the rest of your affairs if you wish. Everything regarding your property is cared for by ABC Capital RE, LTD.



### HOW DOES IT WORK

How Does It Work | ABC Capital RE



1. CHOOSE YOUR PROPERTY   2. WE RENOVATE FOR YOU   3. RECEIVE RENTAL INCOME

**1. Choose your income property** – ABC researches and locates the best rental properties to compliment our investor's needs and portfolio. Our clients just need to select a property from our stock. Normal range for our properties is from $25,000 to $50,000.

**2. We renovate it for you** – The ABC Capital RE, LTD team will renovate your property in a maximum of 120 days. Our team has renovated and developed over 1,000 properties. You will receive a finished product with no effort on your part. The normal cost of our renovations range from $35,000 to $100,000. The cost of renovation is guaranteed by ABC Capital RE, LTD.

**3. Start receiving your rental income** – You will receive your first monthly payment never later than 121 days after your purchase and every 30 days thereafter via electronic funds transfers. First year rent income is guaranteed and starting the second year you may be able to get rent insurance if you so choose. Return on Investments are 14%+ yearly, in addition to property appreciation.

# HIGHLIGHTS

**Home Warranty** – We fully renovate the properties, including a new roof with a 15-year warranty, but clients also receive a 1-year home warranty (from June 2016, it will only be 6 months) that covers your property for all damages and repairs needed within the first year of your purchase. No maintenance expenses during the first year!

**Rent Protect** – ABC Capital ensures that your monthly payment is delivered to you without fail. Yes, a guarantee that payments are made to you for the first year after purchase. You may choose to pay for that insurance (if available) in the 2nd and succeeding years

**Electronic Monthly Payments** – Every month, your Return On Investment is sent to you via electronic funds transfer. Just provide us with the proper wiring instructions and your payments are sent automatically.

Our Renovations | ABC Capital RE



# ABOUT ABC CAPITAL

Home > About ABC Capital

ABC Capital RE, LTD is a one-stop shop for overseas and US real estate clients. We locate, renovate, and manage properties for hands off international/national clients. You do not have the risk of buying securities but instead your real estate properties remain in your own separate legal entity. ABC has presented our unique value proposition all over the world including cities and countries such as London, Singapore, Tel Aviv, Monaco, and New York. Our rental properties are cash-flow producing in the Philadelphia residential markets.

ABC Capital RE, LTD was created in the heart of the worldwide recession as more clients needed to generate stable cash flow income that they could rely on. Clients no longer wanted to speculate in property. Philadelphia was the perfect location for this type of venture. Philadelphia's low vacancy rate combined with some of the lowest property taxes in USA create a powerful combination of reliable strong cash flow.

ABC has learned that our clients want a smooth and quiet venture. ABC's model to completely renovate and warranty every house it sells is the model of the passive property venture industry.

In 5 years ABC has sold over 900+ properties to clients in 22 countries. ABC employees over 30 full-time employees in its Philadelphia office doing property management and administration. In addition, ABC has over 450 contractors working exclusively for ABC in all of its renovations. ABC is renovating 120+ houses at a time and selling 30-40 houses per month. ABC paid over 5 million dollars in rents to its clients in 2015. In addition, ABC was the largest cash buyer of residential property in the city of Philadelphia each of the last 3 years.

The ABC Capital RE, LTD staff and affiliates has over 30-years combined property venture experience with over 3,000 property transactions serviced in the last 16 years. Our expertise is in venture selections, construction, and property-management. ABC Capital RE, LTD has been #1 cash buyer in Philadelphia for number of transactions of residential properties during 2013 through 2016.

Our administrative offices and warehouse are located at 1218-1224 N. Marshall Street, with 5000 SF internal space and 18,000 SF exterior space.