# EXHIBIT E



# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA   2. ☐ RHS   3. ☐ Conv. Unins. | 6. File Number: M19-6837-TG | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv. Ins. | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Avelino Harbor LLC | ABC Horizons LLC | |
| 1714 Memphis St, Suite C-8, Philadelphia 19125 | 3604 Eastern Avenue, 1st Floor, Baltimore, MD 21224 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: 09/20/2019 |
|---|---|---|
| 3831 Brooklyn Avenue | Masters Title & Escrow | Disbursement Date: 09/20/2019 |
| Baltimore, MD 21225 | 10411 Motor City Drive #690, Bethesda, MD 20817 | |
| | Place of Settlement: | TitleExpress |
| | 10411 Motor City Drive #690, Bethesda, MD 20817 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100.  Gross Amount Due from Borrower** | | **400.  Gross Amount Due to Seller** | |
| 101.  Contract sales price | 30,000.00 | 401.  Contract sales price | 30,000.00 |
| 102.  Personal property | | 402.  Personal property | |
| 103.  Settlement charges to borrower (line 1400) | 4,117.80 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106.  City/town taxes  09/20/2019 to 06/30/2020 | 920.69 | 406.  City/town taxes  09/20/2019 to 06/30/2020 | 920.69 |
| 107.  County taxes  to | | 407.  County taxes  to | |
| 108.  Assessments  to | | 408.  Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120.  Gross Amount Due from Borrower** | **35,038.49** | **420.  Gross Amount Due to Seller** | **30,920.69** |
| **200  Amounts Paid by or in Behalf of Borrower** | | **500.  Reductions In Amount Due to Seller** | |
| 201.  Deposit or earnest money | 4,965.00 | 501.  Excess deposit (see instructions) | |
| 202.  Principal amount of new loan(s) | | 502.  Settlement charges to seller (line 1400) | 19,377.88 |
| 203.  Existing loan(s) taken subject to | | 503.  Existing loan(s) taken subject to | |
| 204. | | 504.  Payoff of first mortgage loan | |
| 205. | | 505.  Payoff of second mortgage loan | |
| 207. | | 506. | |
| 208. | | 507.  Disbursed as proceeds ($4,965.00) | |
| 209. | | 508. | |
| | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210.  City/town taxes  to | | 510.  City/town taxes  to | |
| 211.  County taxes  to | | 511.  County taxes  to | |
| 212.  Assessments  to | | 512.  Assessments  due  to | |
| 213. | | 513. | |
| 214.  Credit to Buyer | 293.49 | 514.  Credit to Buyer | 293.49 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220.  Total Paid by/for Borrower** | **5,258.49** | **520.  Total Reduction Amount Due Seller** | **19,671.37** |
| **300  Cash at Settlement from/to Borrower** | | **600  Cash at Settlement to/from Seller** | |
| 301.  Gross amount due from borrower (line 120) | 35,038.49 | 601.  Gross amount due to seller (line 420) | 30,920.69 |
| 302.  Less amounts paid by/for borrower (line 220) | 5,258.49 | 602.  Less reductions in amount due seller (line 520) | 19,671.37 |
| **303.  Cash  [X] From  ☐ To Borrower** | **29,780.00** | **603.  Cash  [X] To  ☐ From Seller** | **11,249.32** |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting this data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700** | **Total Real Estate Broker Fees** $ 9,600.00 | | | |
| | Division of commission (line 700) as follows | | | |
| 701. | $0.00 | to | | |
| 702. | $9,600.00 | to  ABC Capital Miami | | |
| 703. | Commission paid at settlement | | | 9,600.00 |
| **800** | **Items Payable in Connection with Loan** | | | |
| 801. | Our origination charge  (includes Origination Point 0.000% or $0.00) | $ (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | $ (from GFE #2) | | |
| 803. | Your adjusted origination charges | (from GFE A) | | |
| 804. | Processing Fee | to ABC Capital Miami | 499.00 | |
| 805. | Homeowners Insurance and Fees | to Stateside APM | 780.00 | |
| 806. | Renovations - Utilities | to | | |
| 807. | MD - Registration | to | | |
| 808. | MD - Lead Cert | to | (from GFE #3) | |
| **900** | **Items Required by Lender to be Paid in Advance** | | | |
| 901. | Daily interest charges from  from 09/20/2019 to 10/01/2019 @ $0.00/day | (from GFE #10) | | |
| 902. | Mortgage insurance premium   months to | (from GFE #3) | | |
| 903. | Homeowner's insurance   months to | (from GFE #11) | | |
| 904. | months to | (from GFE #11) | | |
| **1000.** | **Reserves Deposited with Lender** | | | |
| 1001. | Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. | Homeowner's insurance   months @ $   /month | | | |
| 1003. | Mortgage insurance   months @ $   /month | | | |
| 1004. | Property taxes   months @ $   98.53/month  $ | | | |
| 1005. | months @ $   /month | | | |
| 1006. | Assessments   months @ $   0.00/month  $ | | | |
| 1007. | Aggregate Adjustment | | | |
| **1100.** | **Title Charges** | | | |
| 1101. | Title services and lender's title insurance | $ (from GFE #4) | | |
| 1102. | Settlement or closing fee   to | $ | | |
| 1103. | Owner's title insurance - First American Title Insurance Company | $ (from GFE #5) | 460.80 | |
| 1104. | Lender's title insurance - First American Title Insurance Company | $ | | |
| 1105. | Lender's title policy limit $0.00  Lender's Policy | | | |
| 1106. | Owner's title policy limit $96,000.00  Owner's Policy | | | |
| 1107. | Agent's portion of the total title insurance premium   $368.64 | | | |
| | to Masters Title & Escrow | | | |
| 1108. | Underwriter's portion of the total title insurance premium   $92.16 | | | |
| | to First American Title Insurance Company | | | |
| 1109. | Settlement Fee   to Masters Title & Escrow | | 450.00 | |
| 1110. | Title Abstract   to Masters Title & Escrow | | 260.00 | |
| 1111. | Document Preparation   to Masters Title & Escrow | | 185.00 | |
| 1112. | Attorney Fee   to Masters Title & Escrow | | 395.00 | |
| 1113. | Lien Certification   to Masters Title & Escrow | | 58.00 | |
| 1114. | Wire/Courier Fee   to Masters Title & Escrow | | 70.00 | |
| **1200.** | **Government Recording and Transfer Charges** | | | |
| 1201. | Government recording charges | $ (from GFE #7) | 60.00 | |
| 1202. | Deed $60.00   Mortgage $   Release $ | | | |
| 1203. | Transfer taxes | $ (from GFE #8) | 900.00 | |
| 1204. | State Recordation Tax   Deed $300.00   Mortgage $ | | | |
| 1205. | State Transfer Tax   Deed $150.00   Mortgage $ | | | |
| 1206. | City Transfer Tax   Deed $450.00   Mortgage $ | | | |
| **1300.** | **Additional Settlement Charges** | | | |
| 1301. | Required services that you can shop for | (from GFE #6) | | |
| 1302. | Water Escrow   to Escrow | | | 500.00 |
| 1303. | Water Bill   to Director of Finance | | | 595.52 |
| 1304. | Property Taxes   to Director of Finance | | | 1,182.36 |
| 1305. | Per Agreement   to 477 International Realty | | | 7,500.00 |
| 1306. | Closing Fee   to ABC Capital-Baltimore, LLC | | | |
| **1400.** | **Total Settlement Charges   (enter on lines 103, Section J and 502, Section K)** | | 4,117.80 | 19,377.88 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er. **Credit by lender shown on page 1. ***Credit by seller shown on page 1.

Signature Page

### HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Buyers

AVELINO HARBOR LLC

_____

Oct 2, 2019

Sellers

ABC HORIZONS LLC

_____

Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                     _____
SETTLEMENT AGENT                                     DATE   9/20/19

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

Signature Page

**HUD CERTIFICATION OF BUYER AND SELLER**

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

AVELINO HARBOR LLC

_____

**Sellers**

ABC HORIZONS LLC

_____

Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____          9|20|19

SETTLEMENT AGENT                                    DATE

**WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18 U.S. CODE SECTION 1001 AND SECTION 1010.**