Date: 10/5/2022

CLERK OF COURT

*Michele Helmer*

Signature of Clerk or Deputy Clerk

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-3960

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Stateside Philly LLC**
was received by me on *(date)* **11/07/2022**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because **the agent is no longer associated at the registered office** ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **11/09/2022**

*Server's signature*

**Joseph Connelly, Process Server**
*Printed name and title*

BS192139.01

<u>235 South 13th Street Philadelphia, PA 19107</u>
*Server's address*

Additional information regarding attempted service, etc:

PS 192139.01



**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

Anibal Orrico., et al

-VS-

ABC Capital Investments, LLC, et al

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 2:22-cv-03960

# AFFIDAVIT

State of  Pennsylvania
County of   Philadelphia

**B&R Control #**  PS192139.01
Reference Number

Joseph Connelly, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 11/7/2022 we received the **Summons In A Civil Action, Civil Action Complaint**  for service upon:

**Stateside Philly LLC** at **c/o M. Burr Keim Company - 2021 Arch Street, Philadelphia, PA 19103.**

Service was **NOT SERVED** on  **11/08/2022** at **10:20 AM**,  for the reason described below:

**The agent is no longer associated at the registered office.**



Commonwealth of Pennsylvania - Notary Seal
BRENDA M. RAVENELL, Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1266310

Sworn to and subscribed before me this
9th day of NOV 2022

**Process Server/Sheriff**

**Notary Public**

ATTEMPTS:
11/08/2022 10:20 AM c/o M. Burr Keim Company - 2021 Arch Street, Philadelphia, PA 19103 No longer involved. Cannot accept.

Client    Phone (610) 664-5200    :    Filed Date: 10/05/2022    BR Serve By: 11/21/2022

Gary  Schafkopf, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

ORIGINAL