IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANIBAL ORRICO, et al., | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| ABC CAPITAL INVESTMENTS LLC, et al., | : | |
| *Defendants.* | : | NO. 22-cv-03960 |

**ORDER**

**AND NOW,** this **20th** day of **December 2022**, upon review of the docket, Summons returned executed as to certain Defendants and Plaintiffs' Requests for Default, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Counsel shall provide service to all Defendants as outlined by Fed. R. Civ. P. 4(e) or 4(h) and any applicable state rules of civil procedure by **January 3, 2023**; and

2. The Requests for Default (ECF Nos. 14–15) are **DENIED** on the basis of improper service of process.[1]

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] If counsel believes that the applicable Rules of Civil Procedure were complied with, counsel may submit a renewed Request for Default with a memorandum describing the rule which permits service by Certified Mail that is delivered to a person who may not be an authorized agent of the Defendant.