# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Anibal Orrico, et al.** : | CIVIL ACTION |
| *Plaintiffs*, : | |
| : | |
| v. : | |
| : | |
| **ABC Capital Investments, LLC, et al.,** : | |
| *Defendants*. : | NO. 22-cv-3960 |

## O R D E R

**AND NOW**, this **3rd** day of **June 2025**, upon review of the docket and the December 30, 2024 Stipulation (ECF No. 74), it is hereby **ORDERED** that judgment is entered as to the remaining Defendants in this matter in accordance with the remaining Parties' agreed-upon Stipulation (ECF No. 74). The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**